


**IMMIGRANT DEFENSE PROJECT**

**RAPID DEFENSE NETWORK**

February 11, 2020

**VIA ECF**

Hon. Ronnie Abrams
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/20
```

**MEMO ENDORSED**

**Re:    *Sanchez v. Decker*, 20-cv-462 (RA)**

Dear Judge Abrams:

The undersigned represent the petitioner, Mr. Felix Sanchez, in his petition for a writ of habeas corpus. On February 7, 2020 the Government filed a Motion to Dismiss or to Transfer the Case to the District of New Jersey (ECF No. 9-11). Petitioner consents to transfer of this matter to the District of New Jersey. In an e-mail dated February 10, 2020, we notified Respondents' counsel of our position and intent to submit this letter to the Court.

As set forth in Mr. Sanchez's petition, he was recently diagnosed with cancer and requires treatment. Given his serious health needs, we respectfully request that the Court waive the seven-day waiting period referenced in Local Civil Rule 83.1 and immediately transfer the matter to the District of New Jersey. The Government has also requested waiver of the waiting period. *See* Memorandum of Law in Support of Motion to Dismiss or Transfer, at 3.

Respectfully submitted,

/s/ Nabilah Siddiquee
Nabilah Siddiquee, Esq.
Brittany Castle, Esq.
Immigrant Defense Project
40 West 39th Street, 5th Floor
New York, NY 10018
(646) 760-0591
nabilah@immdefense.org
brittany@immdefense.org

/s/ Sarah Gillman
Sarah Gillman, Esq.
Gregory Copeland, Esq.
RAPID DEFENSE NETWORK
11 Broadway, Suite 615
New York, NY 10004
(212) 853-0910
sarah@defensenetwork.org
gregory@defensenetwork.org

cc: Counsel for Respondents via ECF

---

Application granted. This action shall be immediately transferred to the District of New Jersey, without application of the seven-day waiting period referenced in Local Civil Rule 83.1.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
February 11, 2020